UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

**v.**                                       **Case No:  6:18-cv-842-Orl-41DCI**

**2015 MASERATI, VIN
#ZAM57RTA9F1152142,**

     **Defendant.**

                                                      /

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion for Default Judgment of Forfeiture (Doc. 12). United States Magistrate Judge Daniel C. Irick issued a Report and Recommendation (Doc. 13), in which he recommends granting the motion. Plaintiff filed a Notice of No Objection to Report and Recommendation (Doc. 14).

After a *de novo* review, the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 13) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Default Judgment of Forfeiture (Doc. 12) is **GRANTED**.

3. The Clerk is directed to enter default judgment forfeiting to the United States all

right, title, and interest in the Defendant vehicle. Thereafter, the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on November 6, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record